**Dismissed and Memorandum Opinion filed December 19, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-01091-CR

---

**PRENTICE LESTER DAIGLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1390244**

---

## M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of the offense of murder and sentenced to life in prison on October 16, 2013. No timely motion for new trial was filed. Appellant's notice of appeal was not filed until November 18, 2013.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal, which complies with the requirements of

Rule 26, is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.* Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).